

*State of New Jersey*
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 Market  Street
PO Box 116
Trenton, NJ 08625

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL T.G. LONG
*Director*

October 25, 2023

**VIA CM/ECF**
The Honorable Zahid N. Quraishi, U.S.D.J.
The Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey – Trenton Vicinage
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   Re: **Coull v. Roberts, et al.**
    Civil Action No. **3:23-cv-03657**

Dear Judge Quraishi:

   This office represents Defendants the Honorable Catherine I. Enright, J.A.D. (improperly pleaded as "Judge Caroline Enright"), the Honorable Garry S. Rothstadt, J.A.D. (Ret.), the Honorable Daniel Roberts, J.S.C., and the State of New Jersey (collectively "State Defendants"), in the above-captioned matter.

   On September 28, 2023, Plaintiff filed a notice of voluntary withdrawal of his Complaint. (ECF No. 11).  The notice indicated that Plaintiff was withdrawing his Complaint without prejudice because the "parties have agreed to settle the matter." *Id.*  State Defendants would like to clarify the record and make the Court aware that none of the State Defendants have settled with Plaintiff.



October 25, 2023
Page 2

         Thank Your Honor for your time and consideration of this
matter.

                              Respectfully yours,

                              MATTHEW J. PLATKIN
                              ATTORNEY GENERAL OF NEW JERSEY

                         By: /s/  Angela M. Cifelli
                              Angela M. Cifelli
                              Deputy Attorney General
                              330952022


  cc: Simon Coull *pro se* (via certified
       mail)